IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MUSA JA'FAR MUHAMMAD,**
as Trustee of the MJM Network
Revocable Living Trust,

    *Petitioner*,

v.                              Case No.: 4:25cv230-MW/MJF

**CHRIST DOUGLAS,** as Warden
of the Jefferson Correctional
Institute,

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 2, is **accepted and adopted** as this Court's opinion. The "Bill in Equity for Writ of Habeas Corpus" and attached "Symbolic Tender and Affidavit of Lawful Money" and "Praecipe to the Clerk," ECF No. 1, is **STRICKEN**. The Clerk shall enter judgment stating, "This habeas

action is **DISMISSED without prejudice**." The Clerk shall close the file.

      **SO ORDERED on June 12, 2025.**

                                          **s/Mark E. Walker**   
                                          **Chief United States District Judge**